IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERMECIA STARKS                                                          PLAINTIFF

v.                              No. 2:11-cv-66-DPM

CYLINDA MALLORY, a/k/a
MARTHA MALLORY                                                         DEFENDANT

JUDGMENT

Starks's Complaint is dismissed with prejudice based on the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2012