IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERMECIA STARKS**                                                    **PLAINTIFF**

v.                               No. 2:11-cv-66-DPM

**CYLINDA MALLORY, a/k/a
MARTHA MALLORY**                                          **DEFENDANT**

## JUDGMENT

Starks's Complaint is dismissed with prejudice based on the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2012